```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                              Case No. 19-03204-HWV
Thomas William Gerhold                                                              Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Sep 03, 2019
                              Form ID: ntcnfhrg          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2019.
db             +Thomas William Gerhold,    51 Huggins Road,    Duncannon, PA 17020-7025
5227678        +Apothaker Scian PC,    520 Fellowship Road,    PO Box 5496,    Mount Laurel, NJ 08054-5496
5227680        +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
5233556        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5227685        +USAA Federal Savings Bank,    Attn: Bankruptcy,    10750 Mcdermott Freeway,
                 San Antonio, TX 78288-1600
5227686         Weltman Weinberg & Reis,    436 7th Avenue, Suite 2500,    Pittsburgh, PA 15219-1842
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 03 2019 20:15:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227677        +E-mail/Text: ally@ebn.phinsolutions.com Sep 03 2019 19:48:43     Ally Financial,
                 Attn: Bankruptcy Dept,    PO Box 380901,    Bloomington, MN 55438-0901
5227679        +E-mail/Text: bankruptcy@cavps.com Sep 03 2019 19:50:07     Capital One,
                 c/o Cavalry Portfolio Services,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2321
5235380        +E-mail/Text: bankruptcy@cavps.com Sep 03 2019 19:50:08     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5227681         E-mail/Text: mrdiscen@discover.com Sep 03 2019 19:49:15     Discover Financial,
                 Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
5230878         E-mail/Text: mrdiscen@discover.com Sep 03 2019 19:49:15     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5227675         E-mail/Text: cio.bncmail@irs.gov Sep 03 2019 19:49:21     Internal Revenue Service,    POB 7346,
                 Philadelphia, PA 19101-7346
5230905         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 03 2019 20:00:57     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5227683         E-mail/Text: camanagement@mtb.com Sep 03 2019 19:49:34     M & T Bank,    Attn: Bankruptcy,
                 PO Box 844,    Buffalo, NY 14240
5227676         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2019 19:49:49     PA Department of Revenue,
                 Attn: Bankruptcy Division,    Dept 280946,    Harrisburg, PA 17128-0946
5228214        +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2019 20:00:37     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227684        +E-mail/PDF: gecsedi@recoverycorp.com Sep 03 2019 20:00:37     Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5227682         LOCAL TAXES - NEED INFORMATION
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Debtor 1 Thomas William Gerhold gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
               .com
              James  Warmbrodt    on behalf of Creditor   LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Thomas William Gerhold,            Chapter     13
aka Tom Gerhold,

       **Debtor 1**                 Case No.     1:19–bk–03204–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 2, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: October 9, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MMchugh, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 3, 2019 |

ntcnfhrg (03/18)