UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS WILLIAM GERHOLD : CHAPTER 13
       Debtor(s) :
        :
       CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
       Movant :
        :
       vs. :
        :
THOMAS WILLIAM GERHOLD :
       Respondent(s) : CASE NO. 1-19-bk-03204

<u>TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN</u>

       AND NOW, this 29th day of August, 2019, comes Charles J. DeHart, III,
Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)'
plan for the following reason(s):

       1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not
submitted all or such portion of the disposable income to the Trustee as required

       2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

       a. The plan is underfunded relative to claims to be paid – 100% plan.

       WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and
therefore Trustee prays that this Honorable Court will:

       a. Deny confirmation of debtor(s) plan.
       b. Dismiss or convert debtor(s) case.
       c. Provide such other relief as is equitable and just.

       Respectfully submitted:


       <u>/s/Charles J. DeHart, III</u>
       Standing Chapter 13 Trustee
       8125 Adams Drive, Suite A
       Hummelstown, PA 17036
       (717) 566-6097

<u>CERTIFICATE OF SERVICE</u>

       AND NOW, this   12th   day of September, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                    /s/Deborah A. Behney
                    Office of Charles J. DeHart, III
                    Standing Chapter 13 Trustee