UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  THOMAS WILLIAM GERHOLD        :  CHAPTER 13
        Debtor(s)                                      :
                                                            :
        CHARLES J. DEHART, III                :
        STANDING CHAPTER 13 TRUSTEE  :
        Movant                                        :
                                                            :
        vs.                                               :
                                                            :
        THOMAS WILLIAM GERHOLD        :
        Respondent(s)                               :  CASE NO.   1-19-bk-03204

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
CHAPTER 13 PLAN

AND NOW, this   31st   day of January, 2020, comes Charles J. Dehart, III,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about September 12, 2019 be withdrawn, as all issues have been resolved.

                        Respectfully submitted:

                        /s/Charles J. DeHart, III
                        Standing Chapter 13 Trustee
                        8125 Adams Drive, Suite A
                        Hummelstown, PA 17036
                        (717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   31st   day of January, 2020, I hereby certify that I have served
the within Motion by electronically notifying parties or by depositing a true and correct copy of
the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                        /s/Deborah A. Behney
                        Office of Charles J. DeHart, III
                        Standing Chapter 13 Trustee23