```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                Case No. 19-03204-HWV
Thomas William Gerhold                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 1     Date Rcvd: Mar 06, 2020
                       Form ID: pdf010     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 08, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5230905         E-mail/PDF: resurgentbknotifications@resurgent.com Mar 06 2020 19:22:34     LVNV Funding, LLC,
            Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                                                           TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0
Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2020 at the address(es) listed below:
         Charles J DeHart, III (Trustee)     TWecf@pamd13trustee.com
         Gary J Imblum     on behalf of Debtor 1 Thomas William Gerhold gary.imblum@imblumlaw.com,
          gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
          ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase
          .com
         James    Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                  TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| THOMAS WILLIAM GERHOLD | : | CASE NO. 1-19-03204-HWV |
| a/k/a TOM GERHOLD | : | |
|     Debtor | : | CHAPTER 13 |
| | : | |
| THOMAS WILLIAM GERHOLD | : | |
| a/k/a TOM GERHOLD | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| LVNV FUNDING, LLC | : | |
|     Claimant | : | |

## ORDER

In consideration of Debtor's Objection to Proof of Claim of LVNV Funding, LLC, claim number 2;

**IT IS HEREBY ORDERED AND DECREED**, that the above Claim is disallowed in its entirety.

Dated: March 6, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JH)