# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS WILLIAM GERHOLD
AKA: TOM GERHOLD

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-19-03204-HWV

Movant

## AMENDED NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to the Chapter 13 Plan.

**Any previously received notice on this matter should be disregarded.**

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing to be held as stated below:

> Date/Time: February 9, 2022 at 09:35 AM
> RONALD REAGAN FEDERAL BLDG
> BANKRUPTCY COURTROOM
> 3RD FLOOR, 228 WALNUT STREET
> HARRISBURG, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

**AMOUNT DELINQUENT AS OF LAST MONTH: $ 800.00**
**AMOUNT DUE FOR THIS MONTH: $800.00**
**TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $1600.00**

**NOTE:**
> **ALL** payments must be made by **CERTIFIED CHECK, MONEY ORDER** or through **TFSBILPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**
>
> **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**
>
> If **submitting payment by U.S. First Class Mail** mail to**:**
> **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**
>
> If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com

Dated: January 14, 2022

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: THOMAS WILLIAM GERHOLD
AKA: TOM GERHOLD

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-19-03204-HWV

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Amended Notice by First Class Mail, from Hummelstown, PA unless served electronically, at the below address on January 14, 2022.

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG, PA  17111-

THOMAS WILLIAM GERHOLD
51 HUGGINS ROAD
DUNCANNON, PA  17020

                    Respectfully submitted,

                    s/ Matt Arcuri
                    Office of Jack N. Zaharopoulos
                    Standing Chapter 13 Trustee
                    Suite A, 8125 Adams Drive
                    Hummelstown, PA  17036

Dated: January 14, 2022