# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  THOMAS WILLIAM GERHOLD
TOM GERHOLD

          Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
          Movant

vs.

THOMAS WILLIAM GERHOLD       CASE NO: 1-19-03204-HWV
TOM GERHOLD

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on February 7, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    February 7, 2024                   Respectfully submitted,

                                                 /s/   Douglas R. Roeder, Esquire
                                                 ID: 80016
                                                 Attorney for Trustee
                                                 Jack N. Zaharopoulos
                                                 Standing Chapter 13 Trustee
                                                 Suite A, 8125 Adams Drive
                                                 Hummelstown, PA 17036
                                                 Phone: (717) 566-6097
                                                 email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   THOMAS WILLIAM GERHOLD
         TOM GERHOLD

                        Debtor(s)
                                                    CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                        Movant
         vs.
         THOMAS WILLIAM GERHOLD                     CASE NO: 1-19-03204-HWV
         TOM GERHOLD

                        Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date:    March 13, 2024
Time:    09:35 AM
         Sylvia H. Rambo United States Courthouse
         Bankruptcy Courtroom 4B, 4th Floor
         1501 North 6th Street
         Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 3375.00**
   **AMOUNT DUE FOR THIS MONTH: $1125.00**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $4500.00**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**
  CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: February 7, 2024        /s/ Douglas R. Roeder, Esquire
                               ID: 80016
                               Attorney for Movant
                               Jack N. Zaharopoulos
                               Standing Chapter 13 Trustee
                               Suite A, 8125 Adams Drive
                               Hummelstown, PA 17036
                               Phone: (717) 566-6097
                               email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: THOMAS WILLIAM GERHOLD
TOM GERHOLD

                  Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

                  Movant

vs.

THOMAS WILLIAM GERHOLD         CASE NO: 1-19-03204-HWV
TOM GERHOLD

                  Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on February 7, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

GARY J. IMBLUM, ESQUIRE
4615 DERRY STREET
HARRISBURG PA 17111-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>SERVED BY FIRST CLASS MAIL</u>

THOMAS WILLIAM GERHOLD
51 HUGGINS ROAD
DUNCANNON PA 17020

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 7, 2024                 /s/ Liz Joyce
                                                              Office of the Standing Chapter 13 Trustee
                                                              Jack N. Zaharopoulos
                                                              Suite A, 8125 Adams Dr.
                                                              Hummelstown, PA 17036
                                                              Phone: (717) 566-6097
                                                              email: <u>info@pamd13trustee.com</u>

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   THOMAS WILLIAM GERHOLD
          AKA: TOM GERHOLD
          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant

CHAPTER 13

vs.

CASE NO: 1-19-03204-HWV

THOMAS WILLIAM GERHOLD
AKA: TOM GERHOLD

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.