# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

September 17, 2024

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Thomas Gerhold
Chapter 13 - Bankruptcy Case No. 1:19-bk-03204

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

CAPITAL ONE
CO CAVALRY PORTFOLIO SERVICES LLC
PO BOX 4252
GREENWICH CT 06831-0405

The Creditor's <u>previous</u> address was as follows:

CAPITAL ONE
CO CAVALRY PORTFOLIO SERVICES LLC
500 SUMMIT LAKE STE 400
VALHALLA NY 10595-2321

Very truly yours,

IMBLUM LAW OFFICES, P.C.

*Gary J. Imblum*

Gary J. Imblum

GJI/srm